UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    PETER M BOLSONI  
    SANDRA K BOLSONI  
    Debtor(s)

Case No. 10-35288

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/06/2010.

2) The plan was confirmed on 02/07/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 04/12/2011.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $49,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,900.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$5,900.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,844.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $323.41 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,167.41** |

Attorney fees paid and disclosed by debtor:   $656.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACER HEATING & COOLING | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACER HEATING & COOLING | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE RESTAURANT FINANCE L | Unsecured | NA | 8,783.42 | 8,783.42 | 0.00 | 0.00 |
| ADVANTA BANK CORPORATION | Unsecured | 10,869.00 | 9,760.28 | 9,760.28 | 0.00 | 0.00 |
| ALPHA BAKING | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 235.33 | NA | NA | 0.00 | 0.00 |
| ART OF BARTER | Unsecured | 10,000.00 | 10,838.15 | 10,838.15 | 0.00 | 0.00 |
| BANCO POPULAR NORTH AMERICA | Unsecured | 0.00 | 176,225.73 | 176,225.73 | 0.00 | 0.00 |
| BAYVIEW LOAN SRV LLC | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 2,993.00 | 2,993.93 | 2,993.93 | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 2,136.00 | 2,136.26 | 2,136.26 | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 2,304.00 | 2,232.56 | 2,232.56 | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 500.00 | 987.58 | 987.58 | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 1,200.00 | 2,349.21 | 2,349.21 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 3,517.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 19,115.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 9,846.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 204.98 | 180.00 | 180.00 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 270.00 | 273.99 | 273.99 | 0.00 | 0.00 |
| COMCAST | Unsecured | 1,051.08 | NA | NA | 0.00 | 0.00 |
| COMMUNITY BANK | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| COUNTRY INSURANCE | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | NA | 1,190.16 | 1,190.16 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 2,900.00 | 3,597.52 | 3,597.52 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | NA | 15,484.75 | 15,484.75 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EARTH FRIENDLY LAWNCARE | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 656.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 8,591.00 | 8,591.33 | 8,591.33 | 0.00 | 0.00 |
| FIRST MIDWEST BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 854.00 | 854.40 | 854.40 | 0.00 | 0.00 |
| GENERAL PARTS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| GET FRESH PRODUCE INC | Unsecured | NA | 3,792.62 | 3,792.62 | 0.00 | 0.00 |
| HARVEY ANESTHESIOLOGISTS | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| HOME BUILDING SUPPLY | Unsecured | 3,800.00 | NA | NA | 0.00 | 0.00 |
| HOMESTAR BANK | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HOMESTAR BANK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HOMEWOOD FLOSSMOOR MEDICAL | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 2,325.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 3,683.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | NA | 6,510.61 | 6,510.61 | 1,424.06 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | NA | 584.51 | 584.51 | 584.51 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 114.60 | 114.60 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | 10,000.00 | 2,109.44 | 2,109.44 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | NA | 29,179.66 | 29,179.66 | 0.00 | 0.00 |
| IMS | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 2,141.43 | 2,293.46 | 2,293.46 | 0.00 | 0.00 |
| JUNIPER BANK | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| MANTENO FOOT & ANKLE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| MONEY MAILER | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MGMT LLC | Unsecured | 903.00 | 903.51 | 903.51 | 0.00 | 0.00 |
| NUCO2 | Unsecured | NA | 596.15 | 596.15 | 0.00 | 0.00 |
| OAKLEY MILLWORK | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 3,200.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| PEARL PROPERTIES | Unsecured | 75,000.00 | NA | NA | 0.00 | 0.00 |
| PEOTONE BANK & TRUST CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 572.00 | 829.15 | 829.15 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 13,067.00 | 13,067.67 | 13,067.67 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 829.38 | NA | NA | 0.00 | 0.00 |
| PRECISE TREE CARE | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| PROTECTION ONE SECURITY | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| REINHART FOOD SERVICE | Unsecured | NA | 14,059.81 | 14,059.81 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 273.45 | 273.45 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 3,386.00 | 3,677.49 | 3,677.49 | 0.00 | 0.00 |
| REWARDS NETWORK ESTABLISHME | Unsecured | 9,000.00 | 5,694.18 | 5,694.18 | 0.00 | 0.00 |
| RIVERSIDE MEDICAL CENTER | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| RODALE BOOKS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SARA LEE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SOUMA DIAGNOSTICS LTD | Unsecured | 522.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST LABORATORY PHYSICI | Unsecured | 22.50 | NA | NA | 0.00 | 0.00 |
| STYLE CARPETS | Unsecured | 6,800.00 | NA | NA | 0.00 | 0.00 |
| SYSCO FOODS | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| TESTA PRODUCE | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| THE SHOP OF GLASS | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| THE TRAVELERS INDEMNITY CO | Unsecured | 1,198.00 | 1,198.00 | 1,198.00 | 0.00 | 0.00 |
| US FOODSERVICE | Unsecured | 27,000.00 | NA | NA | 0.00 | 0.00 |
| VERA MITROVICH | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/DFS | Unsecured | 3,597.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALERS SERVICES | Secured | 4,000.00 | 4,000.00 | 4,000.00 | 693.63 | 30.39 |
| WELLS FARGO DEALERS SERVICES | Unsecured | NA | 2,965.01 | 2,965.01 | 0.00 | 0.00 |
| WILL SUPPLY CO-KUCALA PLUMBIN | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| YASANI & ANTRELL OUTLAW | Unsecured | NA | 2,790.00 | 2,790.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,000.00 | $693.63 | $30.39 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$4,000.00** | **$693.63** | **$30.39** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,095.12 | $2,008.57 | $0.00 |
| **TOTAL PRIORITY:** | **$7,095.12** | **$2,008.57** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$330,023.47** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,167.41 |
| Disbursements to Creditors | $2,732.59 |
| **TOTAL DISBURSEMENTS:** | **$5,900.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/29/2011        By: /s/ Glenn Stearns
                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**